B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Western District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Clark Trucking, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**75-3125961** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1101 Industrial Drive, Suites 7 & 8**<br>**Watertown, WI**<br>ZIP Code **53094** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 422**<br>**Watertown, WI**<br>ZIP Code **53094** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Clark Trucking, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Clark Trucking, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Patrick H. Madden** _____
Signature of Attorney for Debtor(s)

**Patrick H. Madden 1024916**
Printed Name of Attorney for Debtor(s)

**Madden Law Firm S.C.**
Firm Name

**116 S. Main Street**
**Mayville, WI 53050**

_____
Address

**Email: info@madden-lawfirm.com**
**920-387-2300  Fax: 920-387-4428**
Telephone Number

**March 26, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Bruce P Clark** _____
Signature of Authorized Individual

**Bruce P Clark**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 26, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Western District of Wisconsin

In re    **Clark Trucking, Inc.**
_____,    Case No. _____
                              Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 603,800.00 | | |
| B - Personal Property | Yes | 4 | 134,525.29 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 968,944.10 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 346,676.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 738,325.29 | | |
| Total Liabilities | | | | 1,315,620.35 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Western District of Wisconsin

In re    **Clark Trucking, Inc.**                                                  Case No. _____
                                                    ,
                                    Debtor
                                                                    Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Clark Trucking, Inc.**                                                ,        Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Commercial Property owned by BSC Properties, LLC**<br>**1212 American Way**<br>**Watertown, WI  53094**<br>**Parcels 291-0815-0714-001 & 291-0815-0714-002**<br>**Guaranteed by BSC Equipment, LLC, BSC Enterprises, LLC & Clark Trucking, Inc.** | **Fee simple** | **-** | **603,800.00** | **796,640.43** |

|  |  |  |
|---|---|---|
| Sub-Total > | **603,800.00** | (Total of this page) |
| Total > | **603,800.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Clark Trucking, Inc.**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Clark Trucking, Inc. Checking Account M&I Bank, Watertown, WI** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Watertown Area Chamber of Commerce Promotive Corporation, Inc. 1101 Industrial Drive, Watertown, WI** | - | 1,600.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen table & chairs** | - | 50.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Wall pictures** | - | 25.00 |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        1,675.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Clark Trucking, Inc.**                                            ,    Case No. _____
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Clark Trucking, Inc. Accounts Receivable through factoring company Marquette Transportation Finance, Inc.** | - | 1,550.00 |
| | | **Rent owed from BSC Equipment, LLC** | - | 40,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Marquette Transportation Finance (factoring company holding accounts receivable payments)** | - | 6,300.29 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    47,850.29
(Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Clark Trucking, Inc.**                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Peterbilt Tractor VIN # ending in 6537** | - | 15,000.00 |
|  | | **2006 Peterbilt Tractor** | - | 53,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **7 computers, printer, printer/fax, 4 desks, 6 chairs, conference table & chairs, 2 lobby chairs, 2 lobby tables, 4 file cabinets, & office supplies** | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Nissan forklift 1101 Industrial Drive, Watertown** | - | 14,500.00 |
|  | | **Triapac APU** | - | 1,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 85,000.00 |
| (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Clark Trucking, Inc.**               ,       Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **134,525.29** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                         Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Clark Trucking, Inc.**                                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxx&xxxxxxxxxx5300 | | | 7/3/07 | | | | | |
| **Amcore Bank** **Loan Operations** **PO Box 1957** **Rockford, IL 61110-0457** | | - | **Mortgage & business notes** **Commercial Property - BSC Properties, LLC, Guaranteed & cross collateralized with BSC Equipment & Clark Trucking, 1212 American Way, Watertown,  2 Parcels, assign of rents, 5 trailers & 2 2004 Col freightliners** | | | | | |
| | | | Value $                    603,800.00 | | | | 182,434.43 | 182,434.43 |
| Account No. | | | 9/29/06 | | | | | |
| **City of Watertown** **106 Jones Street** **PO Box 477** **Watertown, WI 53094-0477** | | - | **Mortgage** **Commercial Property owned by BSC Properties, LLC, Guaranteed by BSC Equipment, LLC, BSC Enterprises, LLC & Clark Trucking, Inc., 1212 American Way, Watertown, 2 Parcels** | | | | | |
| | | | Value $                    603,800.00 | | | | 78,000.00 | 10,406.00 |
| Account No. xxxxxxxx2001 | | | 9/29/06 | | | | | |
| **JPMorgan Chase Bank, NA** **Small Business Loan Servicing** **TX2-F126** **PO Box 4660** **Houston, TX 77210** | | - | **Mortgage** **Commercial Property owned by BSC Properties, LLC, Guaranteed by BSC Equipment, LLC, BSC Enterprises, LLC & Clark Trucking, Inc., 1212 American Way, Watertown, 2 parcels** | | | | | |
| | | | Value $                    603,800.00 | | | | 536,206.00 | 0.00 |
| Account No. xxxxxxxx503-6 | | | 11/5/07 | | | | | |
| **JPMorgan Chase Bank, NA** **Watertown Business Banking LPO** **500 East Main Street** **Watertown, WI 53094** | | - | **Business Note** **3 ThermoKing Utility Trailers - BSC Equipment, LLC** **Guaranteed by Clark Trucking, Inc., BSC Enterprises, LLC and BSC Properties LLC** | | | | | |
| | | | Value $                    140,000.00 | | | | 151,431.67 | 11,431.67 |
| ___**1**___    continuation sheets attached | | | Subtotal (Total of this page) | | | | 948,072.10 | 204,272.10 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Clark Trucking, Inc.**                                    ,          Case No. _____
                                                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xx7143**<br><br>**LCA Bank**<br>**PO Box 1650**<br>**Troy, MI 48099-1650** | | | | **8/08**<br><br>**Business Note**<br><br>**Triapac APU**<br><br>Value $            **1,500.00** | | | | **6,055.00** | **4,555.00** |
| Account No.<br><br>**Wells Fargo Financial**<br>**300 Tri State International , Suite 400**<br>**Lincolnshire, IL 60069** | | | - | **Business Note**<br><br>**Nissan forklift**<br>**1101 Industrial Drive, Watertown**<br><br>**Need paperwork**<br>Value $          **14,500.00** | | | | **14,817.00** | **317.00** |
| Account No.<br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **20,872.00** | **4,872.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **968,944.10** | **209,144.10** |

B6E (Official Form 6E) (12/07)

In re **Clark Trucking, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Clark Trucking, Inc.**                                                                ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **Unknown**<br><br>**AMG Transportation**<br>**2330 Foster Avenue**<br>**Wheeling, IL 60090** | | - | | | 11/11/09<br>**Shipping charges - Clark Trucking** | | | | 2,700.00 |
| Account No. **xxx xxx-xxxx 347 2**<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507** | | | | | 1/10-2/10<br>**Utilities** | | | | 2,248.50 |
| Account No. **Unknown**<br><br>**Atlas SN Inc.**<br>**2113 Oxford Court**<br>**Des Plaines, IL 60018** | | - | | | 9/25/09<br>**Shipping charges - Clark Trucking** | | | | 3,200.00 |
| Account No. **Unknown**<br><br>**Bill N Deb Harrison**<br>**163 Thunder Road**<br>**Belgrade, MT 59714** | | - | | | 9/4/09<br>**Shipping charges - Clark Trucking** | | | | 3,200.00 |

___11___  continuation sheets attached

Subtotal
(Total of this page)          **11,348.50**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                S/N:21153-100309   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clark Trucking, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Unknown**<br><br>**Corcoran Trucking, Inc.**<br>**221 Lomand Lane**<br>**Billings, MT 59103** | - | | | **11/6/09**<br>**Shipping charges - Clark Trucking** | | | | 3,274.31 |
| Account No. **Unknown**<br><br>**Dakota Express Transport Inc.**<br>**3794 Dyess Avenue**<br>**Rapid City, SD 57701** | - | | | **9/4/09**<br>**Shipping charges - Clark Trucking** | | | | 2,400.00 |
| Account No. **Unknown**<br><br>**Ecklund Logistics, Inc.**<br>**PO Box 2068**<br>**Oshkosh, WI 54903-2068** | - | | | **10/26/09 & 10/28/09**<br>**Shipping charges - Clark Trucking** | | | | 664.83 |
| Account No. **Unknown**<br><br>**FLS Transport Inc.**<br>**333 Decarie Blvd. #250**<br>**Motreal, QC** | - | | | **11/17/09**<br>**Shipping charges - Clark Trucking** | | | | 1,850.00 |
| Account No. **Unknown**<br><br>**Geodyne Transport**<br>**1235 S. 3200 West**<br>**Salt Lake City, UT 84104** | - | | | **11/16/09**<br>**Shipping charges - Clark Trucking** | | | | 1,900.00 |

Sheet no. __**1**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **10,089.14**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clark Trucking, Inc.**                                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Unknown**<br><br>**GG Barnett Transport, Inc.**<br>**W7530 County Rd KW**<br>**Juneau, WI 53039** | - | | | **11/9/09 &11/11/09**<br>**Shipping charges - Clark Trucking** | | | | 3,130.00 |
| Account No. **Unknown**<br><br>**Habeck Trucking, Inc.**<br>**10689 SD Hwy 34**<br>**Belle Fourche, SD 57717** | - | | | **10/26/09**<br>**Shipping charges - Clark Trucking** | | | | 3,150.00 |
| Account No. **xxxRTR5**<br><br>**HNI Risk Services**<br>**16805 W. Cleveland Avenue**<br>**PO Box 510187**<br>**New Berlin, WI 53151** | | | | **1/5/10 - 4/5/10**<br>**Tractor, trailer, cargo insurance** | | | | 13,832.00 |
| Account No. **Unknown**<br><br>**Hull Transport**<br>**352 Industrial Circle**<br>**Stoughton, WI 53589** | - | | | **9/8/09**<br>**Shipping charges - Clark Trucking** | | | | 2,600.00 |
| Account No. **xxxx-xxxx-xxxx-6643**<br><br>**JP Morgan Chase Bank NA**<br>**PO Box 2030**<br>**Mail Suite IL1-6225**<br>**Elgin, IL 60121** | - | | | **2/08**<br>**fuel charges & truck repairs - Clark Trucking, Inc.** | | | | 174,000.00 |

Sheet no. __**2**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

196,712.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clark Trucking, Inc.**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unknown**  <br><br>**JW Transport LLC**  <br>**N9280 S Koro Road**  <br>**Ripon, WI 54971** | - | | | **10/20/09 & 10/29/09**  <br>**Shipping charges - Clark Trucking** | | | | 570.00 |
| Account No. **Unknown**  <br><br>**Kerry Inc.**  <br>**26 Minneakoning Road**  <br>**Flemington, NJ 08822** | - | | | **7/09**  <br>**Claim - Clark Trucking** | | | | 232.43 |
| Account No. **Unknown**  <br><br>**Kerry Inc.**  <br>**26 Minneakoning Road**  <br>**Flemington, NJ 08822** | - | | | **5/09**  <br>**Claim - Clark Trucking** | | | | 30.47 |
| Account No. **Unknown**  <br><br>**Kerry Inc.**  <br>**26 Minneakoning Road**  <br>**Flemington, NJ 08822** | - | | | **8/09**  <br>**Claim - Clark Trucking** | | | | 17.51 |
| Account No. **Unknown**  <br><br>**Key City Transport**  <br>**15637 N Cascade Road**  <br>**Peosta, IA 52068** | - | | | **10/21/09**  <br>**Shipping charges - Clark Trucking** | | | | 330.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,180.41

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clark Trucking, Inc.** ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Unknown** <br><br> **Killpack Trucking 4000 W. 65th South Idaho Falls, ID 83402** | - | | | 10/6/09 <br> Shipping charges - Clark Trucking | | | | 2,135.00 |
| Account No. **xxxx6303** <br><br> **M&I Marshall & Ilsley Bank PO Box 366 Sun Prairie, WI 53590-0366** | - | | | 3/5/10 <br> Overdrawn checking account | | | | 599.86 |
| Account No. **xxx4604** <br><br> **Margraf Collection Agency, Inc. PO Box 306 112 N. Main Street Fort Atkinson, WI 53538** | - | | | 12/30/08 <br> Claim for Load - Clark Trucking, Inc. | | | | 1,000.00 |
| Account No. **Unknown** <br><br> **Marian Transport 202 Applewood Lane Bloomingdale, IL 60108** | - | | | 10/5/09 <br> Shipping charges - Clark Trucking | | | | 2,400.00 |
| Account No. **Unknown** <br><br> **Mario's Trucking Service 319 Jennifer Lane Roselle, IL 60172** | - | | | 10/21/09 <br> Shipping charges - Clark Trucking | | | | 350.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,484.86**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clark Trucking, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Marquette Transportation Finance**<br>**1600 W 82nd Street, Suite 150**<br>**Minneapolis, MN 55431** | - | | | **2009**<br>**Disputed termination of contract fees** | | | X | **Unknown** |
| Account No. **Unknown** <br><br>**Medina Trucking LTD**<br>**PO Box 961029**<br>**Fort Worth, TX 76161-1029** | - | | | **9/22/09**<br>**Shipping charges - Clark Trucking** | | | | **2,150.00** |
| Account No. **x-xxxx-xx00-02** <br><br>**Mid South Claim Service, Inc.**<br>**300 Corporate Center Court**<br>**Stockbridge, GA 30281** | - | | | **2/11/09**<br>**Claim for load - Clark Trucking, Inc.** | | | | **39,360.91** |
| Account No. **Unknown** <br><br>**Minstar Transport**<br>**837 Apollo Road**<br>**Eagan, MN 55121** | - | | | **10/14/09**<br>**Shipping charges - Clark Trucking** | | | | **285.00** |
| Account No. **Unknown** <br><br>**Pine Hill Express LLC**<br>**E17776 Pine Hill Road**<br>**Hillsboro, WI 54634** | - | | | **9/25/09 & 10/19/09**<br>**Shipping charges - Clark Trucking** | | | | **5,251.00** |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**47,046.91**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clark Trucking, Inc.**                                    ,          Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Unknown**<br><br>**Potato King Transportation**<br>**N1078 Justin Road**<br>**La Crosse, WI 54601** | - | | | | 10/5/09<br>**Shipping charges - Clark Trucking** | | | | 3,185.00 |
| Account No. **Unknown**<br><br>**Pro Trans Logistics Inc.**<br>**1806 Edgewood Drive**<br>**Algonquin, IL 60102** | - | | | | 8/28/09 & 9/10/09<br>**Shipping charges - Clark Trucking** | | | | 3,000.00 |
| Account No. **Unknown**<br><br>**Red, White & Blue, Inc.**<br>**2200 Cherry Lane, Unit 409**<br>**Lisle, IL 60532** | - | | | | 9/9/09<br>**Shipping charges - Clark Trucking** | | | | 2,201.00 |
| Account No. **Unknown**<br><br>**Rotex Transportation, Inc.**<br>**9449 Roseport Way**<br>**Sacramento, CA 95826** | - | | | | 11/16/09<br>**Shipping charges - Clark Trucking** | | | | 2,285.00 |
| Account No. **Unknown**<br><br>**S&S Transport, LLC**<br>**834 W. Peck Street**<br>**Whitewater, WI 53190** | - | | | | 10/13/, 10/14, 10/21, 10/29 2009<br>**Shipping charges - Clark Trucking** | | | | 1,230.00 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    11,901.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clark Trucking, Inc.**                                              ,    Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W JC | | | | | | |
| Account No. **xxxxxxx1183**  Seneca Foods Corporation 418 E Conde Street Janesville, WI 53546 | | - | | 10/28/09 Claim - Clark Trucking | | | | 271.44 |
| Account No. **Unknown**  TGX Inc. 30377 12th Avenue SE Auburn, WA 98092 | | - | | 11/20/09 Shipping charges - Clark Trucking | | | | 2,950.00 |
| Account No. **Unknown**  Top Line Logistics 6615 Gregory Park Road Saint Cloud, MN 56301 | | | | 11/9/09 Shipping charges - Clark Trucking | | | | 2,286.00 |
| Account No. **Unknown**  Top Logistics 206 Industrial Drive New Glarus, WI 53574 | | - | | 10/15/09 Shipping charges - Clark Trucking | | | | 285.00 |
| Account No. **Unknown**  Tralo/Abramovich Trucking 3233 NW 52nd Avenue PO Box 738 Owatonna, MN 55060 | | - | | 10/2/09 & 10/12/09 Shipping charges - Clark Trucking | | | | 1,620.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **7,412.44**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clark Trucking, Inc.**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xx9326** <br><br> **Transcore** <br> **PO Box 8500** <br> **Philadelphia, PA 19178-3801** | - | | 12/6/09 <br> **Online freight service - Clark Trucking** | | | | 821.00 |
| Account No. **xx5173** <br><br> **Transcore/Truckers Edge** <br> **PO Box 23519** <br> **Portland, OR 97281** | - | | **Online freight service - Clark Trucking** | | | | 756.86 |
| Account No. **x4139** <br><br> **Truck Country** <br> **PO Box 689707** <br> **Milwaukee, WI 53268-9707** | - | | 11/12/09-1/31/10 <br> **Parts & repairs - Clark Trucking** | | | | 1,930.51 |
| Account No. **Unknown** <br><br> **TSM Logistics LLC** <br> **2421 S. Nappamee** <br> **Elkhart, IN 46516** | - | | 10/26/09 <br> **Shipping charges - Clark Trucking** | | | | 1,500.00 |
| Account No. **Uknown** <br><br> **United Business Corp.** <br> **405 Beechwood Drive** <br> **Westmont, IL 60559** | - | | 10/2/09 <br> **Shipping charges - Clark Trucking** | | | | 2,350.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,358.37**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clark Trucking, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unknown**<br><br>**V&Y Express**<br>**1560 SW 11th Place**<br>**Lincoln, NE 68522** | - | | | 9/11/09<br>**Shipping charges - Clark Trucking** | | | | 2,500.00 |
| Account No. **Unknown**<br><br>**Valley Systems**<br>**1200 Main Street NE**<br>**Chatfield, MN 55923** | - | | | 10/19/09 & 11/16/09<br>**Shipping charges - Clark Trucking** | | | | 570.00 |
| Account No. **Unknown**<br><br>**Wayne Kimber Trucking, Inc.**<br>**663 Washington Street**<br>**Winona, MN 55987** | - | | | 10/6/09<br>**Shipping charges - Clark Trucking** | | | | 2,300.00 |
| Account No. **Unknown**<br><br>**Wayne Transportation LLC**<br>**810 25th Avenue N**<br>**Wisconsin Rapids, WI 54494** | - | | | 10/19/09<br>**Shipping charges - Clark Trucking** | | | | 285.00 |
| Account No. **xxxxxx9952**<br><br>**WE Energies**<br>**231 W. Michigan Street**<br>**Milwaukee, WI 53203** | - | | | 11/5/09-12/18/09<br>**Utilities - Clark Trucking** | | | | 1,324.21 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,979.21**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clark Trucking, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xZ3DZ**<br><br>**Xtra Lease**<br>**5560 S. 13th Street**<br>**Milwaukee, WI 53221** | - | | | **7/22/09**<br>**Trailer rental - Clark Trucking, Inc.** | | | | 5,512.32 |
| Account No. **xZ3DZ**<br><br>**Xtra Lease**<br>**5560 S. 13th Street**<br>**Milwaukee, WI 53221** | - | | | **8/1/09**<br>**Trailer rental- Clark Trucking, Inc.** | | | | 31,645.22 |
| Account No. **xZ3DZ**<br><br>**Xtra Lease**<br>**5560 S. 13th Street**<br>**Milwaukee, WI 53221** | - | | | **7/28/09**<br>**Trailer rental - Clark Trucking, Inc.** | | | | 1,305.07 |
| Account No. **xxxx9874**<br><br>**Xtra Lease**<br>**5560 S. 13th Street**<br>**Milwaukee, WI 53221** | - | | | **7/22/09**<br>**Trailer rental- Clark Trucking, Inc.** | | | | 401.71 |
| Account No. **xxxx9873**<br><br>**Xtra Lease**<br>**5560 S. 13th Street**<br>**Milwaukee, WI 53221** | - | | | **7/22/09**<br>**Trailer rental - Clark Trucking, Inc.** | | | | 89.53 |

Sheet no. __**10**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **38,953.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clark Trucking, Inc.**                                    ,          Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9869**<br><br>**Xtra Lease**<br>**5560 S. 13th Street**<br>**Milwaukee, WI 53221** | - | | **7/22/09**<br>**Trailer rental - Clark Trucking, Inc.** | | | | 544.53 |
| Account No. **xxxx9868**<br><br>**Xtra Lease**<br>**5560 S. 13th Street**<br>**Milwaukee, WI 53221** | - | | **7/22/09**<br>**Trailer rental - Clark Trucking, Inc.** | | | | 317.03 |
| Account No. **xxxx9875**<br><br>**Xtra Lease**<br>**5560 S. 13th Street**<br>**Milwaukee, WI 53221** | - | | **7/22/09**<br>**Trailer rental - Clark Trucking, Inc.** | | | | 348.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 1,209.56 |
| Total<br>(Report on Summary of Schedules) | 346,676.25 |

B6G (Official Form 6G) (12/07)

.

In re    **Clark Trucking, Inc.**                                                              ,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chase Equipment Leasing, Inc.**<br>**1111 Polaris Parkway, 3-K**<br>**OH1-1178**<br>**Columbus, OH 43240** | **Lease 1000130101 with BSC Equipment,**<br>**LLC/Clark Trucking, Inc.**<br>**11/14/06 (2) 2006 Freightliner Tractors**<br>**Approximately $105,259.11 owed** |
| **GFC Leasing**<br>**PO Box 2290**<br>**Madison, WI 53701** | **SRB00653-S0459 ImageRunner 2020i copy**<br>**machine** |
| **Watertown Promotive Corp., Inc.**<br>**519 E. Main Street**<br>**Watertown, WI 53094** | **Lease of building at 1101 Industrial Drive,**<br>**Watertown from Watertown Area Chamber of**<br>**Commerce Promotive Corporation, Inc.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Clark Trucking, Inc.** ,    Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Wisconsin

In re __Clark Trucking, Inc.__ _____     Case No. _____
                                                        Debtor(s)        Chapter        __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___24___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __March 26, 2010_____          Signature    __/s/ Bruce P Clark_____
                                                       __Bruce P Clark__
                                                       __President__

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Western District of Wisconsin

In re    **Clark Trucking, Inc.**                  Case No.                                     

                                       Debtor(s)                  Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$120,140.90** | **2010 Clark Trucking, Inc.** |
| **$2,831,065.00** | **2009 Clark Trucking, Inc.** |
| **$1,013,631.00** | **2008 Clark Trucking, Inc.** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                   SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Xtra Lease LLC vs. Clark Trucking Inc.
09SL-CC04557** | **Civil case for money judgment** | **21st Judicial Circuit Court, St. Louis County, Missouri
St. Louis County Court Building
7900 Carondelet Avenue
Clayton, MO  63105** | **Judgment** |
| **JPMorgan chase Bank, N.A. vs. Clark Trucking, Inc., et al
Case No. 09CV971
Amcore Bank, N.A., Cross Claim Defendant** | **Foreclosure & replevin** | **Jefferson County, Circuit Court, WI
Jefferson County Court
115 Courthouse
320 S. Main Street
Jefferson, WI  53549** | **Pending** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Xtra Lease LLC**<br>**1801 Park 270 Drive, Suite 400**<br>**Saint Louis, MO 63146-4020** | **3/5/10** | **$5005.35 from Clark Trucking, Inc. checking account** |

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Xtra Lease LLC**<br>**1801 Park 270 Drive, Suite 400**<br>**Saint Louis, MO 63146-4020** | **6/09** | **8 van trailers  Approximately $53,115.22 was owed.** |
| **Associated Bank NA**<br>**Leasing Division**<br>**PO Box 42**<br>**Red Wing, MN 55066** | **2/2010** | **2 2007 Utility trailers $28,000** |
| **JX Financial, Inc.**<br>**PO Box 5**<br>**Waukesha, WI 53187** | **11/09** | **2004 Kenworth $32,000** |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Watertown Fire Department**<br>**Watertown, WI 53094** | **None** | **10/23/09** | **$240 - learning tools in schools** |

4

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **NSBA**<br>**Washington, DC** | **None** | **7/13/09** | **$250 - rupublican party** |
| **Little Lambs**<br>**Oconomowoc, WI** | **None** | **2/10/09** | **$400 - playground equipment** |
| **Community Safety Net**<br>**Pembina, ND 58271** | **None** | **2/5/09** | **$474.75 - learning tools for children** |

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Madden Law Firm S.C.**<br>**116 S. Main Street**<br>**Mayville, WI 53050** | **7/6/09, 9/25/09, 12/28/09, 2/1/10, 3/2/10, 3/8/10, 3/22/10**<br>**Paid by Clark Trucking Inc. or Bruce & Sharon Clark** | **$3,152.30** |

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1212 American Way Watertown, WI  53094** | **Clark Trucking, Inc.** | **9/29/06-1/10** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sanft Accounting** | **2001-present** |
| **823 E. Main Street, #B** | |
| **Watertown, WI 53098** | |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Sanft Accounting** | **823 E. Main Street, #B** | **2001-present** |
| | **Watertown, WI 53094** | |

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Amcore Bank** | **2008** |
| **1210 S. Alpine Road** | |
| **Rockford, IL 61108** | |
| | |
| **JPMorgan Chase Bank, NA** | **2008** |
| **Watertown Business Banking LPO** | |
| **500 East Main Street** | |
| **Watertown, WI 53094** | |

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                     PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Bruce Clark**<br>**W5254 Cty Rd T**<br>**Watertown, WI 53094** | **President** | **50%** |
| **Sharon Clark**<br>**W5254 Cty Rd T**<br>**Watertown, WI 53094** | **Vice President** | **50%** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                      ADDRESS                               DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                                 DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Clark Trucking 401K Profit Sharing Plan through Benefit Solutions Corporation (terminated on 1/2010)** | **75-3125961** |

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **March 26, 2010**          Signature    **/s/ Bruce P Clark**
                                                  **Bruce P Clark**
                                                  **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Wisconsin

In re   **Clark Trucking, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 26, 2010** _____

**/s/ Patrick H. Madden** _____
**Patrick H. Madden 1024916**
**Madden Law Firm S.C.**
**116 S. Main Street**
**Mayville, WI 53050**
**920-387-2300  Fax: 920-387-4428**
**info@madden-lawfirm.com**

---

# United States Bankruptcy Court
## Western District of Wisconsin

In re    **Clark Trucking, Inc.**                  Case No.
                                   Debtor(s)       Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 26, 2010**                    **/s/ Bruce P Clark**
                                           **Bruce P Clark/President**
                                           Signer/Title

Amcore Bank
Acct No xxxxxxxxxxxxxx&xxxxxxxxxx5300
Loan Operations
PO Box 1957
Rockford, IL 61110-0457

Amcore Bank
Acct No 61652006165201
501 Seventh Street
PO Box 1537
Rockford, IL 61110

AMG Transportation
Acct No Unknown
2330 Foster Avenue
Wheeling, IL 60090

AT&T
Acct No xxx xxx-xxxx 347 2
PO Box 8100
Aurora, IL 60507

Atlas SN Inc.
Acct No Unknown
2113 Oxford Court
Des Plaines, IL 60018

Bill N Deb Harrison
Acct No Unknown
163 Thunder Road
Belgrade, MT 59714

Chase Equipment Leasing, Inc.
1111 Polaris Parkway, 3-K
OH1-1178
Columbus, OH 43240

City of Watertown
106 Jones Street
PO Box 477
Watertown, WI 53094-0477

Corcoran Trucking, Inc.
Acct No Unknown
221 Lomand Lane
Billings, MT 59103

Dakota Express Transport Inc.
Acct No Unknown
3794 Dyess Avenue
Rapid City, SD 57701

Ecklund Logistics, Inc.
Acct No Unknown
PO Box 2068
Oshkosh, WI 54903-2068

FLS Transport Inc.
Acct No Unknown
333 Decarie Blvd. #250
Motreal, QC

Geodyne Transport
Acct No Unknown
1235 S. 3200 West
Salt Lake City, UT 84104

GFC Leasing
PO Box 2290
Madison, WI 53701

GG Barnett Transport, Inc.
Acct No Unknown
W7530 County Rd KW
Juneau, WI 53039

Habeck Trucking, Inc.
Acct No Unknown
10689 SD Hwy 34
Belle Fourche, SD 57717

HNI Risk Services
Acct No xxxRTR5
16805 W. Cleveland Avenue
PO Box 510187
New Berlin, WI 53151

Hull Transport
Acct No Unknown
352 Industrial Circle
Stoughton, WI 53589

JP Morgan Chase Bank NA
Acct No xxxx-xxxx-xxxx-6643
PO Box 2030
Mail Suite IL1-6225
Elgin, IL 60121

JPMorgan Chase Bank, NA
Acct No xxxxxxxx2001
Small Business Loan Servicing TX2-F126
PO Box 4660
Houston, TX 77210

JPMorgan Chase Bank, NA
Acct No xxxxxxxx503-6
Watertown Business Banking LPO
500 East Main Street
Watertown, WI 53094

JW Transport LLC
Acct No Unknown
N9280 S Koro Road
Ripon, WI 54971

Kerry Inc.
Acct No Unknown
26 Minneakoning Road
Flemington, NJ 08822

Key City Transport
Acct No Unknown
15637 N Cascade Road
Peosta, IA 52068

Killpack Trucking
Acct No Unknown
4000 W. 65th South
Idaho Falls, ID 83402

LCA Bank
Acct No xx7143
PO Box 1650
Troy, MI 48099-1650

M&I Marshall & Ilsley Bank
Acct No xxxx6303
PO Box 366
Sun Prairie, WI 53590-0366

Margraf Collection Agency, Inc.
Acct No xxx4604
PO Box 306
112 N. Main Street
Fort Atkinson, WI 53538

Marian Transport
Acct No Unknown
202 Applewood Lane
Bloomingdale, IL 60108

Mario's Trucking Service
Acct No Unknown
319 Jennifer Lane
Roselle, IL 60172

Marquette Transportation Finance
1600 W 82nd Street, Suite 150
Minneapolis, MN 55431

Maximum Recovery Systems, Inc.
Acct No 111975
6001 Oberly Loop N.W.
Walker, MN 56484

Medina Trucking LTD
Acct No Unknown
PO Box 961029
Fort Worth, TX 76161-1029

Mid South Claim Service, Inc.
Acct No x-xxxx-xx00-02
300 Corporate Center Court
Stockbridge, GA 30281

Minstar Transport
Acct No Unknown
837 Apollo Road
Eagan, MN 55121

Pine Hill Express LLC
Acct No Unknown
E17776 Pine Hill Road
Hillsboro, WI 54634

Potato King Transportation
Acct No Unknown
N1078 Justin Road
La Crosse, WI 54601

Pro Trans Logistics Inc.
Acct No Unknown
1806 Edgewood Drive
Algonquin, IL 60102

Red, White & Blue, Inc.
Acct No Unknown
2200 Cherry Lane, Unit 409
Lisle, IL 60532

Rotex Transportation, Inc.
Acct No Unknown
9449 Roseport Way
Sacramento, CA 95826

S&S Transport, LLC
Acct No Unknown
834 W. Peck Street
Whitewater, WI 53190

Seneca Foods Corporation
Acct No xxxxxxx1183
418 E Conde Street
Janesville, WI 53546

TGX Inc.
Acct No Unknown
30377 12th Avenue SE
Auburn, WA 98092

Top Line Logistics
Acct No Unknown
6615 Gregory Park Road
Saint Cloud, MN 56301

Top Logistics
Acct No Unknown
206 Industrial Drive
New Glarus, WI 53574

Tralo/Abramovich Trucking
Acct No Unknown
3233 NW 52nd Avenue
PO Box 738
Owatonna, MN 55060

Transcore
Acct No xxxxxx-xx9326
PO Box 8500
Philadelphia, PA 19178-3801

Transcore/Truckers Edge
Acct No xx5173
PO Box 23519
Portland, OR 97281

Transworld Systems, Inc.
Acct No xx5173
507 Prudential Road
Horsham, PA 19044

Truck Country
Acct No x4139
PO Box 689707
Milwaukee, WI 53268-9707

TSM Logistics LLC
Acct No Unknown
2421 S. Nappamee
Elkhart, IN 46516

United Business Corp.
Acct No Uknown
405 Beechwood Drive
Westmont, IL 60559

V&Y Express
Acct No Unknown
1560 SW 11th Place
Lincoln, NE 68522

```
Valley Systems
Acct No Unknown
1200 Main Street NE
Chatfield, MN 55923

Watertown Promotive Corp., Inc.
519 E. Main Street
Watertown, WI 53094

Wayne Kimber Trucking, Inc.
Acct No Unknown
663 Washington Street
Winona, MN 55987

Wayne Transportation LLC
Acct No Unknown
810 25th Avenue N
Wisconsin Rapids, WI 54494

WE Energies
Acct No xxxxxx9952
231 W. Michigan Street
Milwaukee, WI 53203

Wells Fargo Financial
300 Tri State International , Suite 400
Lincolnshire, IL 60069

Wisco Claim
Acct No 11125
Crystal Farms/Jolyn Lescohier
450 N. C.P. Ave.
PO Box 753
Lake Mills, WI 53551

Xtra Lease
Acct No xZ3DZ
5560 S. 13th Street
Milwaukee, WI 53221

Xtra Lease
Acct No 3Z3DZ
PO Box 99262
Chicago, IL 60693-9262
```

# United States Bankruptcy Court

## Western District of Wisconsin

In re  **Clark Trucking, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Clark Trucking, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 26, 2010**

Date

**/s/ Patrick H. Madden**

**Patrick H. Madden 1024916**

Signature of Attorney or Litigant

Counsel for    **Clark Trucking, Inc.**

**Madden Law Firm S.C.**

**116 S. Main Street**
**Mayville, WI 53050**
**920-387-2300 Fax:920-387-4428**
**info@madden-lawfirm.com**