# MADDEN LAW FIRM S.C.

TRIAL ATTORNEYS & LEGAL ADVISORS

*Patrick H. Madden | Jeremy R. Vanderloop | Trisha B. Festerling*

March 30, 2010

Ms. Sheila Benisch  
M&I Marshall & Ilsley Bank  
PO Box 366  
Sun Prairie, WI 53590

*Via Fax:* 608-825-2360

Attn: Special Services

**RE: Clark Trucking, Inc.**  
**Account No. 40706303**

Dear Ms. Benisch:

    Pursuant to your telephone conversation with my legal assistant this morning, I am giving you actual written notice that a bankruptcy has been filed on behalf of Clark Trucking, Inc. I have enclosed the Docket Report showing that a bankruptcy was filed on behalf of Clark Trucking, Inc. on Friday, March 26, 2010. An official Bankruptcy Notice shall be sent to you shortly from the Bankruptcy Court.

    This letter confirms that you are holding $4,930.35 in funds from the Clark Trucking, Inc. account 40706303, pursuant to a garnishment on behalf of Xtra Lease, LLC. As you may know, once a bankruptcy case has been filed with the Court, all proceedings are stayed. Therefore, you **cannot** release the $4,930.35 funds that are being held on the Xtra Lease, LLC garnishment from St. Louis County, Missouri, Case No. 09SL-CC04557 and you must not forward those funds to any other entity without further direction from the Bankruptcy Court. Please call me if you have any questions.

Very truly yours,

MADDEN LAW FIRM S.C.

Patrick H. Madden

Enclosures  
PHM/jlz  
cc:    Al Williams – M&I Bank (via e-mail)  
       Trustee Michael Kepler (via electronic filing)  
       US Bankruptcy Court (via electronic filing)  
       Clark Trucking, Inc. (via e-mail)

# U.S. Bankruptcy Court
## Western District of Wisconsin, http://www.wiw.uscourts.gov (Madison)
### Bankruptcy Petition #: 3-10-12258-rdm

*Date filed:* 03/26/2010

*Assigned to:* Chief Judge Robert D. Martin
*Hearing Location:* Madison
Chapter 7
Voluntary
No asset

| | |
|---|---|
| *Debtor* <br> **Clark Trucking, Inc.** <br> PO Box 422 <br> Watertown, WI 53094 <br> Tax ID / EIN: 75-3125961 | represented by **Patrick H. Madden** <br> 116 South Main Street <br> Mayville, WI 53050 <br> (920) 387-2300 <br> Email: info@madden-lawfirm.com |

*Trustee*
**Michael E. Kepler**
634 W. Main Street
Suite 202
Madison, WI 53701
608-257-5424

*U.S. Trustee*
**U.S. Trustee's Office**
U.S. Trustee's Office
Suite 304
780 Regent Street
Madison, WI 53715

| Filing Date | # | Docket Text |
|---|---|---|
| 03/26/2010 | 1 <br> 1 doc <br> (46 pgs) | Chapter 7 Voluntary Petition, Schedules A-J, and Statement of Financial Affairs [Filing Fee $ 299] filed by Patrick H. Madden on behalf of Clark Trucking, Inc.. (Madden, Patrick) (Entered: 03/26/2010) |
| 03/26/2010 | | Receipt of Chapter 7 Voluntary Petition - Case Upload(3-10-12258) [caseupld,1027u] ( 299.00) filing fee. Receipt number 3166151, amount $ 299.00. (U.S. Treasury) (Entered: 03/26/2010) |
| | 2 <br> 1 doc <br> (2 pgs) | 341(a) meeting scheduled for 4/26/2010 at 03:30 PM at U.S. Trustee Meetings. <br><br> Notice of Meeting of Creditors . cc: via BNC to all parties (Eau |

| | | |
|---|---|---|
| 03/26/2010 | | Claire, Brenda L) (Entered: 03/26/2010) |
| 03/28/2010 | 3<br>1 doc<br>(5 pgs) | BNC Certificate of Mailing - Meeting of Creditors (Related Doc # (Related Doc # 2 )). Service Date 03/28/2010. (Admin.) (Entered: 03/28/2010) |

**Case #: 3-10-12258-rdm - Clark Trucking, Inc.**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/30/2010 10:18:21 | | | |
| PACER Login: | ss1833 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3-10-12258-rdm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Headers: included Format: html |
| Billable Pages: | 1 | Cost: | 0.08 |